IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS JOHNSON, | ) | |
| | ) | Case No. 20-cv-4156 |
| *Plaintiff*, | ) | |
| | ) | Judge Sara L. Ellis |
| v. | ) | |
| | ) | Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, the ESTATE of ERNEST HALVERSON, DARRYL DALEY, WILLIAM ERICKSON, JOHN HEALY, and the CITY OF CHICAGO | ) ) ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| *Defendants*. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL HIS MOTION TO COMPEL NONPARTY ABY GONZALEZ'S COMPLIANCE WITH DEPOSITION SUBPOENA**

Plaintiff Demetrius Johnson, by and through his attorneys respectfully move this Court for leave to file under seal certain information in the exhibits to his Motion to Compel Nonparty Aby Gonzalez's Compliance with Deposition Subpoena. In support of his motion, Plaintiff states as follows:

1. Plaintiff's motion addresses his service of a deposition subpoena on nonparty Aby Gonzalez. Exhibits A, B, and C include Mr. Gonzalez's address.

2. Plaintiff respectfully requests leave to file this information under seal, and to file redacted versions publicly via CM/ECF. The only items requested to be redacted is Mr. Gonzalez's address referenced above.

1

3. Plaintiff has conferred with all parties and this motion is unopposed.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this motion and enter an Order granting him leave to file the exhibits to his Motion to Compel Nonparty Aby Gonzalez's Compliance with Deposition Subpoena under seal.

RESPECTFULLY SUBMITTED,

/s/ Danielle Hamilton
*Counsel for Plaintiff*

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steven Art
Joshua Tepfer
Rachel Brady
Sean Starr
John Hazinski
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
hamilton@loevy.com

## **CERTIFICATE OF SERVICE**

  I, Danielle Hamilton, an attorney, certify that on September 9, 2021, I filed the foregoing pleading using the Court's CM/ECF system, which effected service on all counsel of record.

               /s/ Danielle Hamilton
               *One of Plaintiff's Attorneys*