**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Demetrius Johnson
                            Plaintiff,

v.                                                     Case No.: 1:20−cv−04156
                                                          Honorable Sara L. Ellis

Reynaldo Guevara, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, March 27, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for protective order [54] as stated on the record during the hearing on 5/26/2021 [78]. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.