IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Demetrius Johnson,<br><br>Plaintiff,<br><br>v.<br><br>Reynaldo Guevara, et al.,<br><br>Defendant. | No. 1:20-cv-04156<br><br>Hon. Sara L. Ellis,<br>District Judge<br><br>Hon. Heather K. McShain,<br>Magistrate Judge<br><br>JURY TRIAL DEMANDED |

**ORDER REGARDING EXPERT DISCOVERY AND DEFENDANTS'
SUMMARY JUDGMENT BRIEFING SCHEDULE**

On this day came on to be heard the Parties' Proposed Order for an Expert Discovery and Summary Judgment Briefing Schedule. The Court finds that should be, and is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Parties' Proposal for Expert Discovery and Summary Judgment Briefing is GRANTED. The Court enters the following schedule:

- Plaintiff's expert disclosures: March 1, 2023
- Defendants to complete Plaintiff's expert depositions: May 1, 2023
- Defendants' expert disclosures: June 1, 2023
- Plaintiff to complete Defendants' expert depositions: July 26, 2023
- Defendants' motion for summary judgment: August 28, 2023
- Plaintiff's response to Defendants' motion for summary judgment: September 29, 2023
- Defendants' reply for their motion for summary judgment: October 13, 2023

Dated: __January 26, 2023

_____
**Judge Sara L. Ellis
United States District Court
Northern District of Illinois**