# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Demetrius Johnson
                                 Plaintiff,

v.                                                         Case No.: 1:20−cv−04156
                                                            Honorable Sara L. Ellis

Reynaldo Guevara, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 8, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Settlement conference held on 02/08/2023, and concluded. The Court made a settlement recommendation. The parties are to accept or reject the recommendation by 5:00 pm on 02/16/2023 as instructed. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.