# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Demetrius Johnson
                                   Plaintiff,

v.                                                       Case No.: 1:20−cv−04156
                                                                Honorable Sara L. Ellis

Reynaldo Guevara, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2023:

      MINUTE entry before the Honorable Heather K. McShain: The Court has received the parties' responses to the Court's settlement recommendation. The case is not settled. This Court will leave the referral open and the parties are directed to contact Chambers via email (at Chambers_McShain@ilnd.uscourts.gov) at any time should they wish to reengage in settlement discussions with the Court's assistance. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.