# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Demetrius Johnson
                              Plaintiff,

v.                                                                       Case No.: 1:20−cv−04156
                                                                              Honorable Sara L. Ellis

Reynaldo Guevara, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone motion hearing held on 11/14/2023. Defendants' motion to extend expert discovery schedule and summary judgment schedule [283] is granted as stated on the record. Briefing schedule: Defendants' motion for summary judgment due by 1/31/2024; Plaintiff's response to Defendants' motion for summary judgment due by 2/29/2024; and Defendants' reply for their motion for summary judgment due by 3/21/2024. Daubert motions are on the same briefing schedule. Ruling date on summary judgment and Daubert motions is set for 7/10/2024 at 9:30 AM. The ruling date of 5/1/2024 is stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.