## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Demetrius Johnson

                Plaintiff,

v.

                                         Case No.: 1:20–cv–04156
                                         Honorable Sara L. Ellis

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 25, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 1/25/2024 and continued to 2/14/2024 at 10:30 AM. The parties should file a motion setting forth the proposed statements of fact at issue, with supporting material by 2/2/2024. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.