# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Demetrius Johnson
                      Plaintiff,

v.                                         Case No.: 1:20−cv−04156
                                                             Honorable Sara L. Ellis

Reynaldo Guevara, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 9, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: In court motion hearing held on 2/7/2024 and continued to 2/29/2024 at 1:45 PM. The Court grants Defendant City of Chicago's motion for extension of time [299]. Plaintiff should provide a response to Defendant's draft motion by 2/14/2024. The parties should file their motion to resolve factual disputes by 2/23/2024. The Court strikes the hearing date set for 2/14/2024 and resets it to 2/29/2024 at 1:45 PM. The parties are ordered to appear in person in courtroom 1403. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.