IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS JOHNSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 20 cv 4156 |
| | ) |
| v. | ) Judge Sara L. Ellis |
| | ) |
| | ) Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, the ESTATE of | ) |
| ERNEST HALVERSON, DARRYL DALEY, | ) |
| WILLIAM ERICKSON, JOHN HEALY, and | ) |
| the CITY OF CHICAGO | ) |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

**DEFENDANTS HALVORSEN, DALEY, ERICKSON AND HEALY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendants Halvorsen, Daley, Erickson and Healy by their attorneys, The Sotos Law Firm, P.C., and pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, respectfully submit this motion for summary judgment and state:

1. This lawsuit arises from Plaintiff's arrest, prosecution and conviction for the June 12, 1991 murder of Edwin Fred that took place in Chicago's Humboldt Park neighborhood.

2. Plaintiff alleges that Defendants Halvorsen, Daley, Erickson and Healy ("Movants") violated his fair trial rights by withholding and fabricating evidence, and used suggestive identification tactics to obtain identifications of Plaintiff and withheld evidence in violation of *Brady* evidence (Count I). Plaintiff further alleges Fourth Amendment unlawful pretrial detention claims and state law malicious prosecution claims (Counts II and VI), failure to intervene claims (Count III), federal and state civil conspiracy claims (Counts IV and IX) and state law claims of intentional infliction of emotional distress and willful and wanton conduct

(Counts VII and VIII).

3. After extensive discovery, Plaintiff has been unable to develop any credible evidence supporting his claims against Movants.

4. Accordingly, Defendants Daley and Healy seek summary judgment on all Plaintiff's claims based on their lack of involvement and knowledge of alleged violations of Plaintiff's rights.

5. Defendants Erickson and Halvorsen move for summary judgment on all Plaintiff's claims because the undisputed evidence reveals Plaintiff lacks sufficient evidence to support his claims.

6. In further support of this motion, Movants rely on their Memorandum of Law in Support of Summary Judgment and their Rule 56.1 Joint Statement of Undisputed Material Facts.

WHEREFORE, Movants respectfully request this Court enter an order granting them summary judgment and for such further relief as the Court deems appropriate.

Dated: April 12, 2024                           Respectfully Submitted,

                                                /s/ Josh M. Engquist
                                                Josh M. Engquist, Atty. No. 6242849
                                                *One of the Attorneys for the Individual Defendants*

Josh M. Engquist
James G. Sotos
Josh M. Engquist
David A. Brueggen
Elizabeth R. Fleming
Daniel McGinnis
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson, Suite 1240A
Chicago, IL 60604
(630) 735-3300
jengquist@jsotoslaw.com

**CERTIFICATE OF SERVICE**

I, Josh M. Engquist, certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Friday, April 12, 2024, I electronically filed the foregoing **Defendants Halvorsen, Daley, Erickson and Healy's Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

*Attorneys for Plaintiff:*

Jon Loevy
Anand Swaminathan
Joshua Tepfer
Rachel Brady
Steven Art
Sean Starr
Alyssa Martinez
Margaret Gould
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312-243-5900
jon@loevy.com
anand@loevy.com
josh@loevy.com
brady@loevy.com
steve@loevy.com
sean@loevy.com
alyssa@loevy.com
gould@loevy.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Austin G. Rahe
Catherine M. Barber
Theresa B. Carney
Rock Fusco & Connelly, LLC
321 N. Clark, Suite 2200
Chicago, Illinois 60654
312-494-1000
erosen@rfclaw.com
arahe@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com

*Attorneys for Defendant Guevara:*

Thomas M. Leinenweber
Michael J. Schalka
James V. Daffada
Leinenweber Baroni & Daffada
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
thomas@ilesq.com
mjs@ilesq.com
jim@ilesq.com

/s/ Josh M. Engquist
Josh M. Engquist