# Exhibit 19

| Detective Division Notice 82-2 | 19 April 1982 | Until Further Notice | 8 |
|---|---|---|---|
| SUBJECT: DETECTIVE DIVISION FILE CONTROL | DISTRIBUTION | AMENDS | |
| RELATED DIRECTIVES | | RESCINDS | |

I. PURPOSE

This directive:

A. defines Detective Division unit investigative files.

B. mandates that all current unit investigative files be preserved intact.

C. prohibits the permanent removal, destruction, or alteration of any unit investigative report or file by any sworn or civilian member of the Department.

D. establishes procedures for Detective Division members to ensure unit investigative files are properly preserved and controlled.

II. DEFINITION

A unit investigative file is any document or group of documents the subject of which relates to criminal incidents and which are maintained and stored under Detective Division control within a unit.

III. POLICY

It is the responsibility of exempt Detective Division members to ensure that all unit investigative files currently stored and maintained within specific units under their command are preserved intact.

It is the responsibility of all Detective Division unit supervisors to ensure that permanent removal, destruction or alteration of any unit investigative files is prohibited.

IV. PROCEDURES

A. Area and Section Commanders will:

1. implement and maintain a unit file control log book (Addendum No. 1) for each unit under their command.
2. prepare a roster of unit administrative personnel whose normal duties require daily unit file access and forward the roster to their appropriate Deputy Chief.

Exhibit B

36

DETECTIVE DIVISION NOTICE NO. 82-2   19 April 1982

IV. B. Unit Commanding Officers will ensure that:

1. a unit supervisor or authorized unit administrative member maintains control of the unit files on all watches.
2. all unit file input is performed by authorized unit administrative personnel.
3. any unit file that is removed or returned is properly documented in the unit file control log book.

C. Authorized Unit Administrative personnel will:

1. maintain control of unit files at the direction of their immediate supervisor.
2. perform all file input duties.
3. initial all file removals and returns in the unit file control log book.

D. Non-Supervisory Detective Division members will:

1. record all file removals and returns in the unit file control log book.
2. ensure that no document contained in a unit file is permanently removed, destroyed or altered while in their possession.

NOTE: A file removed by one member can be returned by another member, but both members will be recorded in the unit file control log book.

Raymond Clark, Acting Chief
Detective Division

RC/pj

-2-

37

RFC-Johnson 025938

| OFFENSE | CASE FILE TAKEN OUT BY LAST, First, Star # | DATE & TIME | CONTR. OFF. INIT. & STAR | PURPOSE OF REMOVAL | FILE RETURNED BY LAST, First Star | DATE & TIME | CONTR. OF INIT. & S |
|---|---|---|---|---|---|---|---|
| | | | | DETECTIVE DIVISION NOTICE NO. 82-2 ADDENDUM NO. 1 | | | |

38

RFC-Johnson 025939