# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Demetrius Johnson
                            Plaintiff,

v.                                                          Case No.: 1:20−cv−04156
                                                                     Honorable Sara L. Ellis

Reynaldo Guevara, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for extension of time [331]. The Court revises the summary judgment and Daubert briefing schedules as follows: Plaintiff's responses are due by 6/10/2024 and Defendants' replies are due by 7/19/2024. The Court strikes the status date set for 9/17/2024 and resets it to 11/12/2024 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.