# EXHIBIT 1;

# BERNARD J. MURRAY

**Education**

- University of Illinois - Chicago, Chicago, IL
    Bachelor of Arts in Criminal Justice and Political Science. Minor in Sociology
- DePaul University – College of Law School, Chicago IL - Juris Doctor

**Bar Admissions:**

- State of Illinois – November 9, 1983
- United States District Court for the Northern District of Illinois – November 1983
- State of Illinois Capital Litigation Trial Bar, Lead Counsel – December 16, 2002

**Professional Experience**

- DuPage County State's Attorney's Office
    Assistant State's Attorney – 2009 to 2015
    Deputy Chief, Community Affairs Division – 2009 to 2010
    Deputy Chief, Felony Trial Division – 2010 to 2014
    First Assistant, 2018 – present
- William Harper College - Associate Professor, 2015 - present
- Illinois State Appellate Prosecutor's Office
    Conflicts Prosecutor, Fall 2017 - 2018
- Cook County State's Attorney's Office
    Assistant State's Attorney –1983 to 2008
    -Appeals, Juvenile, Felony Review, Preliminary Hearings and Felony Trial Divisions
    Deputy Supervisor, Gang Prosecutions Unit 1993 to 1998
    Supervisor, Felony Trial Division – 1998 to 2000
    Deputy Chief, Special Prosecutions Bureau – 2000 to 2001
    Chief, Criminal Prosecutions Bureau – 2001 to 2008
- Special Assistant State's Attorney for Jefferson County, IL – 1994 to 1996
- Special Assistant U.S. Attorney, Northern District of IL - 1992 to 1997

**Honors and Awards**

- Dean's List – University of Illinois – Chicago
- President - Illinois Prosecutors Bar Association – 1999 - 2005; Secretary - 2014
- Officer - Association of Government Attorneys in Capital Litigation – 2002 to 2012; President – 2010

**Memberships**

- University of Illinois - Chicago Criminal Justice Society
- Chicago Bar Association - Judicial Evaluation Committee
- American Bar Association
- Illinois Bar Association
- Illinois Prosecutors Bar Association
- National District Attorneys Association
- National College of District Attorneys - Lecturer and Trial Advocacy Faculty
- Association of Government Attorneys in Capital Litigation
- Cook County State's Attorney's Office - Senior Training Committee
- CLEAR Commission – Illinois Criminal Code Reform
- CLEAR Sentencing Commission – Illinois Criminal Sentencing Reform
- Illinois Sentencing Policy Advisory Council

Client: Rock, Fusco and Connelly, LLC

Re: Professional services rendered through May, 2023 regarding *Inglesias v Guevara, 19 CV 6508*

| | **Review of Plaintiff's Expert's Report & Deposition** | **File and Document Review & Report Compilation** | **File Review & Final Report Compilation** | **Total Hours** | **@ Rate** | **TOTALS** |
|---|---|---|---|---|---|---|
| 2023 | 3 | 7 | 5 | 15 | $200/Hour | $3,000 |
| | | | | 0 | $300/Hour | $0.00 |
| **Total:** | 3 | 7 | 5 | 15 | | $3,000 |

**EXPENSES**

| | |
|---|---|
| Administrative | 0 |
| Mileage | 0 |
| Meals | 0 |
| Hotel | 0 |
| Parking | 0 |
| **Total Expenses:** | $0 |

| | |
|---|---|
| **TOTAL BILL:** | $3,000 |

Client: Rock, Fusco and Connelly, LLC
Re: Professional services rendered through May, 2023 regarding *Sierra v Guevara, 18 CV 3029*

|  | **Review of Plaintiff's Expert's Report & Deposition** | **File and Document Review & Report Compilation** | **File Review & Final Report Compilation** | **Total Hours** | **@ Rate** | **TOTALS** |
|---|---|---|---|---|---|---|
| 2023 | 8 | 17 | 7 | 32 | $200/Hour | $6,400 |
|  |  |  |  | 0 | $300/Hour | $0.00 |
| **Total:** | 8 | 17 | 7 | 32 |  | $6,400 |

**EXPENSES**
Administrative 0
Mileage 0
Meals 0
Hotel 0
Parking 0

**Total Expenses:** $0

**TOTAL BILL:** $6,400