IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS JOHNSON, Plaintiff, v. REYNALDO GUEVARA, et al. Defendants. | Case No. 20 CV 4156<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Heather K. McShain<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S CONSOLIDATED RESPONSE IN
OPPOSITION TO DEFENDANTS' MOTIONS REGARDING SUMMARY JUDGMENT**

**EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| 1 | Arrest Report, 07/22/1992 |
| 2 | Plaintiff's Responses to Defendant Halvorsen's First Set of Interrogatories |
| 3 | Investigative File for RD# P272087 |
| 4 | Permanent Retention File for RD# P272087 |
| 5 | Deposition of Demetrius Johnson, 08/21/2022 |
| 6 | Report of Guevara and Halvorsen, 07/23/1991 |
| 7 | State of IL v. Johnson Report of Proceedings, 11/23/1992 |
| 8 | State of IL v. Johnson Trial Transcripts |
| 9 | Johnson Petition for Certificate of Innocence, 06/12/2020 |
| 10 | Testimony of Madalia Reyes |
| 11 | Testimony of Elizabeth Martinez |
| 12 | State of IL v. Johnson Order, 11/12/2019 |
| 13 | State of IL v. Johnson Order Granting Certificate of Innocence, 04/07/2021 |
| 14 | State of IL v. Johnson Report of Proceedings, 04/07/2021 |
| 15 | Report of Hernandez and Johnson, 06/12/1991 |
| 16 | Report of Guevara, 06/13/1991 |
| 17 | Criminal Trial Testimony of Guevara |
| 18 | Report of Erickson, 6/13/1991 |
| 19 | Report of Daley, 6/13/1991 |
| 20 | Trial Testimony of Daley |

| | |
|---|---|
| 21 | Deposition of Daryl Daley, 06/02/2022 |
| 22 | Report of Guevara and Hernandez, 06/13/1991 |
| 23 | Expert Report of Thomas Tiderington |
| 24 | Testimony of Rosa Burgos |
| 25 | Carey Notes of Rosa Burgos, 1/9/1992 |
| 26 | Criminal Histories of 06/12/1992 lineup fillers |
| 27 | Declaration of Terrell Agee, 10/20/2022 |
| 28 | Deposition of Terrell Agee, 03/14/2023 |
| 29 | Declaration of Fabian Wells, 10/30/2022 |
| 30 | Lineup Procedures, 09/23/1988 |
| 31 | Deposition of Joshua Tepfer Vol. II, 12/02/2022 |
| 32 | Report of Joshue Tepfer, 10/07/2019 |
| 33 | Deposition of Aby Gonzalez, 04/19/2022 |
| 34 | Report of Guevara and Erickson, 06/12/1991 |
| 35 | Declaration of Carlos McFadden, 10/18/2022 |
| 36 | Defendants Joint Initial Rule 26(A)(1) Disclosures, 11/2/2020 |
| 37 | Notes of Kevin Sheehan |
| 38 | Deposition of Guevara, 04/20/2022 |
| 39 | Deposition of Kevin Sheehan, 04/27/2022 |
| 40 | Investigative Files, 05/19/1986 |
| 41 | Petition for Relief from Judgment Pursuant to 735 ILCS 5/2-1401, 09/11/2019 |
| 42 | Subpoena for CPD Records Division, 07/23/1991 |
| 43 | Deposition of Deborah Gubin, 11/04/2021 |
| 44 | Motion for Discovery, 10/22/1991 |
| 45 | Deposition of Hon. Ruth Miller, 11/02/2021 |
| 46 | Post-Conviction Petition, 3/20/1996 |
| 47 | Brief and Argument for Appellant, 11/23/1992 |
| 48 | Homicide Investigation File for RD# N262285 |
| 49 | State of IL v. Baez Report of Proceedings, 07/17/1991 |
| 50 | Report of Guevara and Halvorsen, 07/17/1991 |
| 51 | Report of Guevara and Halvorsen, 07/22/1991 |
| 52 | Testimony of Elba Burgos |
| 53 | Impound Evidence – Photo array |
| 54 | Criminal History of Darrell Johnson |
| 55 | Gomez v. Guevara, et al. Deposition of Richard Maher, 03/24/2021 |
| 56 | Rodriguez v. Guevara, et al. Deposition of Lee Epplen, 12/06/2021 |
| 57 | Rodriguez v. Guevara, et al. Deposition of Ed Mingey, 12/15/2021 |
| 58 | Sierra v. Guevara, et al. 30(b)(6) Deposition of Lt. John Foster |
| 59 | Impound Evidence, Photo array |
| 60 | Report of Guevara, 6/23/1991 |

| | |
|---|---|
| 61 | Lineup Photo of Demetrius Johnson |
| 62 | Declaration of Ricardo Burgos, 10/08/2020 |
| 63 | Deposition of Ricardo Burgos, 06/08/2021 |
| 64 | Testimony of Ricardo Burgos |
| 65 | Report of Guevara, 06/20/1991 |
| 66 | Testimony of John Carey |
| 67 | Photographs for RF# P272087 |
| 68 | Plaintiff's Responses to Defendant City of Chicago's First Set of Interrogatories to Plaintiff, 12/07/2022 |
| 69 | Declaration and Export Report of Thomas Tiderington, 02/05/2024 |
| 70 | Palmer, et al. v. City of Chicago, et al. Order, 03/31/1983 |
| 71 | Rivera v. Guevara, et al. Deposition of James Hickey, 05/06/2014 |
| 72 | Fields v. City of Chicago, et al. Trial transcript, 11/23/2016 |
| 73 | Reyes v. Guevara, et al. 30(b)(6) Deposition of Eric Winstrom, 12/17/2021 |
| 74 | Fields v. City of Chicago, et al. Deposition of James Hickey, 05/30/212 |
| 75 | Trial transcript of James Hickey, 2014 |
| 76 | Kluppelberg v. Burge, et al. Transcript of Testimony of James Hickey pt. 1, 09/02/2014 |
| 77 | Detective Division File Control Order and Memo, 04/19/1982 |
| 78 | Investigative Files Order, 01/13/1983 |
| 79 | Investigative Files Order, 05/02/1983 |
| 80 | Investigative Files Order, 05/19/1986 |
| 81 | Rivera v. Guevara, et al. Transcript of Proceedings, 06/18/2018 |
| 82 | Rivera v. Guevara, et al. Transcript of Proceedings, 06/21/2018 |
| 83 | Rivera v. Guevara, et al. City of Chicago's Amended Response to Plaintiff's Seventeenth Set of Requests to Produce Documents, 03/27/2015 |
| 84 | City of Chicago Office of Inspector General, 06/2020 |
| 85 | Follow up: Review of the Chicago Police Department's Management and Production of Records, 09/2021 |
| 86 | Taylor and Patrick v. City of Chicago, et al. Deposition of Kathleen Loughran, 03/10/2015 |
| 87 | Iglesias v. Guevara, et al. City of Chicago's Responses and Objections to Plaintiff's Fifth Set of Interrogatories, Fourth Set of Requests for Production, and First Requests for Admission, 04/07/2022 |
| 88 | Fields v. City of Chicago, et al. Investigative File |
| 89 | Rivera v. City of Chicago, et al. Investigative File |
| 90 | Permanent Retention File for RD# 371955 |

| | |
|---|---|
| 91 | State of IL v. Klupperlberg Order Granting Certificate of Innocence, 08/05/2013 |
| 92 | Rivera v. Guevara, et al. Declaration of Michael Brasfield, 09/12/2017 |
| 93 | Fields v. City of Chicago, et al. Expert Report of Michael Brasfield, 03/15/2016 |
| 94 | Fields v. City of Chicago, et al. Memorandum Opinion and Order, 09/11/2017 |
| 95 | Michael Brasfield's Records |
| 96 | Fields v. City of Chicago, et al. Trial transcript, 11/29/2016 AM |
| 97 | Fields v. City of Chicago, et al. Trial transcript, 11/23/2016 AM |
| 98 | Fields v. City of Chicago, et al. Trial transcript, 12/01/2016 AM |
| 99 | Fields v. City of Chicago, et al. Trial transcript, 11/17/2016 PM |
| 100 | Fields v. City of Chicago, et al. Trial transcript, 11/28/2016 AM |
| 101 | Fields v. City of Chicago, et al. Trial transcript, 12/06/2016 PM |
| 102 | Fields v. City of Chicago, et al. Trial transcript, 12/05/2016 PM |
| 103 | Fields v. City of Chicago, et al. Trial transcript, 12/08/2016 AM |
| 104 | Fields v. City of Chicago, et al. Trial transcript, 12/07/2016 AM |
| 105 | Fields v. City of Chicago, et al. Trial transcript, 11/30/2016 AM |
| 106 | Kluppelberg Investigative File |
| 107 | State of IL v. Kluppelberg Report of Proceedings, 08/05/2013 |
| 108 | State of IL v. Kluppelberg Export Report of Michael Brasfield, 01/05/2016 |
| 109 | Rivera v. Guevara, et al. Transcript of Proceedings, 06/15/2018 |
| 110 | Rivera v. Guevara, et al. Transcript of Proceedings, 06/12/2018 |
| 111 | State of IL v. Rivera Amended Petition for Post-Conviction Relief Based on Actual Innocence, 02/23/2011 |
| 112 | State of IL v. Rivera Report of Proceedings, 06/23/2011 |
| 113 | State of IL v. Rivera Order, 09/13/2011 |
| 114 | Rivera v. State of IL Order, 09/05/2012 |
| 115 | Report of Gawrys and Guevara, 08/27/1988 |
| 116 | Report of McLaughlin and Leonard, 08/27/1988 |
| 117 | Rivera v. Guevara, et al. Judgment, 08/03/2018 |
| 118 | Suppression Hearing Testimony of Gabriel Solache |
| 119 | Suppression Hearing Testimony of Arturo Reyes |
| 120 | Memorandum of Scott Lassar on Gabriel Solache and Arturo Reyes, 12/12/2014 |
| 121 | State of IL v. Reyes, et al. Testimony of Guevara, 09/05/2013 |
| 122 | Sierra v. Guevara, et al. Deposition of Robert Biebel, 07/08/2021 |
| 123 | Sierra v. Guevara, et al. Deposition of Edward Mingey Vol. I, 05/27/2021 |

| | |
|---|---|
| 124 | Iglesias v. Guevara, et al. Deposition of Anthony Riccio, 05/18/2022 |
| 125 | Iglesias v. Guevara, et al. Deposition of Jerome Bogucki, 05/12/2021 |
| 126 | Reyes, et al. v. Guevara, et al. Deposition of Thomas Tiderington, 10/05/2022 |
| 127 | Johnson v. Guevara, et al. Defendants' Rule 26(a)(2) Disclosures, 10/13/2023 |
| 128 | Expert Report of Jennifer Dysart |
| 129 | Expert Report of John Wixted, 10/02/2023 |
| 130 | Iglesias v. Guevara, et al. Deposition of Bernard Murray, 05/10/2023 |
| 131 | Iglesias v. Guevara, et al. Deposition of Ray Schalk, 05/18/2021 |
| 132 | Fields v. City of Chicago, et al. Instructions to the Jury, 12/12/2016 |
| 133 | Fields v. City of Chicago, et al. Defendants' Combined Post-Trial Motions, 1/13/2017 |
| 134 | Fields v. City of Chicago, et al. Plaintiff's Response to Defendants' Post-Trial Motion, 02/24/2017 |
| 135 | Fields v. City of Chicago, et al. Defendants' Reply in Support of their combined Port-Trial Motions, 04/03/2017 |
| 136 | Fields v. Guevara, et al. Dkt. 1173, 12/15/2016 |
| 137 | Fields v. City of Chicago, et al. Judgment, 12/16/2016 |
| 138 | Report of Crespo and Roman, 06/29/1991 |
| 139 | Rivera v. Guevara, et al. Jury Instructions, 06/28/2018 |
| 140 | Rivera v. Guevara Dkt. 673 Jury Verdict, 07/03/2018 |
| 141 | Rivera v Guevara, et al. Defendant City of Chicago's 59(a) Motion for a New Trial, 08/31/2018 |
| 142 | Rivera v. Guevara, et al. Plaintiff's Response to Defendants' Post-Trial Motion, 11/15/2018 |
| 143 | Rivera v. Guevara, et al. Defendant City of Chicago's Reply in Support of its Renewed Motion for Judgment, 01/28/2019 |
| 144 | Rivera v. Guevara, et al. Transcript of Proceedings, 06/26/2018 |
| 145 | Rivera v. Guevara, et al. Transcript of Proceedings, 06/22/2018 |
| 146 | Rivera v. Guevara, et al. Transcript of Proceedings, 06/14/2018 |
| 147 | Affidavit of Demetrius Johnson, 02/11/2021 |
| 148 | Showups, Lienups and Photographic Identification, 02/1992 |
| 149 | IACP Showups, Lienups and Photographic Identification, 05/1993 |
| 150 | IACP Witness Perception, 1967 |
| 151 | Deceased Defendants' Response to Plaintiff's First Set of Interrogatories, 06/03/2021 |
| 152 | Evans v. City of Chicago, et al. Affidavit of Jedd Haas, 01/13/2006 |

| | |
|---|---|
| 153 | Defendant Darryl Daley Response to Plaintiff's First Set of Interrogatories, 01/14/2021 |
| 154 | Prosecution File |
| 155 | Rivera v. Guevara, et al. Plaintiff's Motion to Compel Discovery, 12/07/2012 |
| 156 | Rivera v. Guevara, et al. City of Chicago's Response to Plaintiff's First Set of Interrogatories, 02/11/2013 |
| 157 | Johnson Felony Minute Sheet |
| 158 | Iglesias v. Guevara, et al. Report of Dr. Steblay, 10/18/2022 |
| 159 | Sierra v. Guevara, et al. Order 12/03/2019 |
| 160 | Sierra v. Guevara, et al. Amended Joint Scheduling Order on Monell Production, 06/10/2020 |
| 161 | Motion for Additional Discovery, 02/18/1992 |
| 162 | Sierra v. Guevara, et al. Deposition of Steblay Vol I and II, 02/09/2023, 02/10/2023 |
| 163 | Bouto, Sierra, Rodriguez, and Iglesias v. Guevara Report of Dr. Wixted, 04/03/2023 |
| 164 | Policy and Procedure Recommendations for the Collection and Preservation of Eyewitness Identification Evidence, 2020 |
| 165 | Bouto v. Guevara, et al. Expert Report of Dr. Nancy Steblay, 10/07/2022 |
| 166 | Rodriguez v. Guevara, et al. Report of Dr. Nancy Steblay, 10/07/2022 |
| 167 | Testimony of Raul Ortiz |
| 168 | Velez v. City of Chicago, et al. Deposition of Timothy Moore, 08/26/2021 |
| 169 | Testimony of Madeline Rodriguez |
| 170 | Report of Halvorsen, 07/22/1991 |
| 171 | Iglesias v. Guevara, et al. Deposition of Stephen Gawrys, 10/27/2021 |
| 172 | Iglesias v. Guevara, et al. Deposition of Jerome Bogucki, 05/12/2021 |
| 173 | Iglesias v. Guevara, et al. Deposition of John Santopadre, 05/10/2021 |
| 174 | Iglesias v. Guevara, et al. Deposition of Ray Schalk, 05/18/2021 |
| 175 | Iglesias v. Guevara, et al. Deposition of Anthony Riccio, 05/18/2022 |
| 176 | Iglesias v. Guevara, et al. Deposition of Robert Biebel, 10/29/2021 |
| 177 | Newsome v. James, et al. Dkt. 150, 05/16/2000 |
| 178 | Article, "Lineup suit nets $15 million U.S. jury awards record amount for 15 years in prison," 10/30/2001 |
| 179 | The National Registry of Exonerations, James Newsome |
| 180 | Article, "Burge tortured me, too, ex-suspect says," 02/20/1992 |

| | |
|---|---|
| 181 | The National Registry of Exonerations, Melvin Jones |
| 182 | Article, "Wrong Guy Looked Right in Lineups," 05/03/1994 |
| 183 | The National Registry of Exonerations, Robert Brown |
| 184 | The National Registry of Exonerations, Donald Reynolds |
| 185 | 30(b)(6) Deposition of Levester Denham, 07/06/2022 |
| 186 | Sierra v. Guevara, et al. Deposition of Edward Mingey Vol. I, 05/27/2021 |
| 187 | Montanez and Serrano v. Guevara, et al. Transcript of Ernest Halvorsen, 02/06/2019 |
| 188 | Montanez and Serrano v. Guevara, et al. Transcript of Edward Mingey, 02/08/2019 |
| 189 | Report of Crespo and Roman, 06/29/1991 |
| 190 | Complaint Report #152902 |
| 191 | Klupperlberg v. Burge, et al. Objections and Response to Plaintiff's Third Set of Requests for Admission, 11/17/2014 |
| 192 | Bouto v. Guevara, et al. Memorandum and Order 08/03/2020 |
| 193 | Rodriguez v. Guevara, et al. Dkt. 186, 05/03/2022 |
| 194 | Complaint Report #124631 |
| 195 | Complaint Report D217-452 |
| 196 | Affidavit of Leshurn Hunt, 01/26/2008 |
| 197 | Hunt v. Jaglowski, et al. Transcript of Proceedings, 04/06/1988 |
| 198 | Letter from Leshurn Hunt to Eugene Hudson, 02/28/1986 |
| 199 | Affidavit of Reynaldo Munoz, 03/17/2008 |
| 200 | Complaint Report 152902 |
| 201 | State of IL v. Pena Testimony of Daniel Pena, Armando Rivera, and Jamie Velez |
| 202 | Hunt v. Jaglowski Testimony of Melvin Warren and Complaint Report 150473 |
| 203 | Affidavit of Victor Vera, 12/20/2007 |
| 204 | Affidavit of Virgilio Muniz, 08/05/1994 |
| 205 | Affidavit of Virgilio Calderon Muniz, 09/08/1999 |
| 206 | State of IL v. Arcos Testimony of Wilfredo Rosario and Appellate Court Opinion |
| 207 | State of IL v. Serrano and Montanez Testimony of William Dorsch |
| 208 | Expert Report of Dr. Jennifer Dysart, 03/08/2023 |
| 209 | Rivera v. Guevara et al. Testimony of Guevara, 12/23/2013 |
| 210 | Affidavit of David Rivera, 02/22/2008 |
| 211 | Affidavit of Daniel Rodriguez, 03/25/2008 |
| 212 | State of IL v. Rodriguez Testimony of David Velasquez, 02/24/1993 |
| 213 | State of IL v. Cruzado Motion to quash Arrest and Suppress Statements, 03/31/1995 |

| | |
|---|---|
| 214 | Affidavit of Adolfo Frias-Munoz, 03/10/2008 |
| 215 | Affidavit of Adrian Duta, 06/10/2008 |
| 216 | Juan Johnson v. Guevara, et al. Deposition of Gloria Ortiz Bordoy, 02/19/2008 |
| 217 | Affidavit of Edwin Davila, 12/01/1999 |
| 218 | Juan Johnson v. Guevara, et al. Deposition of Evelyn Diaz, 07/02/2008 |
| 219 | State of IL v. Diaz Testimony of Luis Figueroa and Report of Halvorsen and Guevara |
| 220 | Affidavit of Rodolfo Zaragoza, 12/04/2002 |
| 221 | Juan Johnson v. Guevara, et al. Deposition of Maria Rivera Vol. II, 04/30/2008 |
| 222 | State of IL v. Santiago Testimony of Roberto Ruiz, 09/02/1998 |
| 223 | State of IL v. Gomez Amended Successive Post-Conviction Petition, 12/12/2014 |
| 224 | State of IL v. Solache Affidavit of Jed Stone, 02/20/2008 |
| 225 | State of IL v. Solache and Reyes Suppression Hearing Testimony of Rosauro Mejia |
| 226 | State of IL v. Solache and Reyes Suppression Hearing Testimony of Adriana Mejia |
| 227 | Report of Lassar on Robert Bouto, 03/03/2015 |
| 228 | State of IL v. Serrano and Montanez Testimony of Guevara, 06/17/2013 |
| 229 | FBI Report, 06/23/2001 |
| 230 | Declaration of Thomas Tiderington, 01/22/2024 |
| 231 | Expert Report of Ralph Rider, 09/12/2023 |
| 232 | Expert Report of Ronald Muich, 10/13/2023 |
| 233 | State of IL v. Juan Johnson Report of Proceedings, 02/20/2004 |
| 234 | Jury Verdict, 06/19/2009 |
| 235 | The National Registry of Exonerations, Johnny Flores |
| 236 | State of IL v. Flores Amended Successive Post-Conviction Petition, 09/12/2017 |
| 237 | The National Registry of Exonerations, Jaime Rios |
| 238 | Article, "Prosecutors drop murder charges after 5 ex-Chicago cops plan to take the 5th," 11/15/2017 |
| 239 | The National Registry of Exonerations, Alfredo Gonzalez |
| 240 | Affidavit Statement of Efrain Sanchez, Julio Sanchez, and Report of Guevara and Halvorsen |
| 241 | State of IL v. Colon Order, 06/10/1998 |
| 242 | Article, "Marilyn Mulero sues Chicago, disgraced CPD detectives for allegedly framing her for murder," 07/25/2023 |
| 243 | The National Registry of Exonerations, Madeline Mendoza |

| | |
|---|---|
| 244 | Affidavit of Francisco Vicente, 05/26/2004 |
| 245 | State of IL v. Serrano Statement of Timothy Rankins, 04/03/2012 |
| 246 | State of IL v. Montanez Post-Conviction Petition, 08/24/2004 |
| 247 | State of IL v. Serrano and Montanez Supplemental Post-Conviction Petition |
| 248 | Report of Lassar on Serrano and Montanez cases, 3/3/2015 |
| 249 | State of IL v. Matinez and State of IL v. Serrano Orders Granting Certificate of Innocence, 11/2/2016 |
| 250 | State of IL v. Bouto Affidavit of Rey Lozada |
| 251 | Affidavit of Carl Richmond, 06/07/2008 |
| 252 | State of IL v. Sierra Report of Proceedings, 02/10/2022 |
| 253 | The National Registry of Exonerations, Jose Cruz |
| 254 | Report of Lassar on Almodovar case, 02/09/2015 |
| 255 | Affidavit of Melinda Power, 02/09/1996 |
| 256 | State of IL v. Negron Post-Trial Testimony of Kennelly Saez |
| 257 | State of IL v. Negron Order Vacating Judgment and Sentence, 04/14/2017 |
| 258 | The National Registry of Exonerations, Nelson Gonzalez |
| 259 | The National Registry of Exonerations, Carlos Andino |
| 260 | The National Registry of Exonerations, Edwin Davila |
| 261 | The National Registry of Exonerations, Gamalier Rivera |
| 262 | The National Registry of Exonerations, Louis Robinson |
| 263 | State of IL v. Juan Hernandez Order Granting Certificate of Innocence, 05/31/2023 |
| 264 | State of IL v. Rosendo Hernandez Order Granting Certificate of Innocence, 05/31/2023 |
| 265 | The National Registry of Exonerations, John Martinez |
| 266 | Gecht v. State of IL Opinion and Order 10/13/2023 |
| 267 | State of IL v. Kwil Order Grating Certificate of Innocence, 10/18/2023 |
| 268 | The National Registry of Exonerations, Eruby Abrego |
| 269 | State of IL v. Aguilar Petition for Relief from Judgment and Vacate Convictions Pursuant to 735 ILCD 5/2-1401 |
| 270 | State of IL v. Kruger Petition for Relief from Judgment and Vacate Convictions Pursuant to 735 ILCD 5/2-1401 |
| 271 | State of IL v. Molina Petition for Relief from Judgment and Vacate Convictions Pursuant to 735 ILCD 5/2-1401 |
| 272 | State of IL v. Ortiz Petition for Relief from Judgment and Vacate Convictions Pursuant to 735 ILCD 5/2-1401 |
| 273 | State of IL v. Soto Petition for Relief from Judgment and Vacate Convictions Pursuant to 735 ILCD 5/2-1401 |

| | |
|---|---|
| 274 | State of IL v. Vera Petition for Relief from Judgment and Vacate Convictions Pursuant to 735 ILCD 5/2-1401 |
| 275 | State of IL v. Williams Petition for Relief from Judgment and Vacate Convictions Pursuant to 735 ILCD 5/2-1401 |
| 276 | Steblay Area Five Homicide File Data, 1991-1995 |
| 277 | Steblay Are Five Homicide File Data, 1989-1998 |
| 278 | Deposition of Ronald Muich, 11/15/2023 |
| 279 | Plaintiff's Rule 26(a)(2) Disclosures, 03/08/2023 |
| 280 | Sierra v. Guevara, et al. Deposition of Ron Malczyk, 05/11/2022 |
| 281 | Expert Report of Dr. Nancy Steblay, 03/01/2023 |
| 282 | Rebuttal Report of Dr. Nancy Steblay, 11/18/2023 |
| 283 | Iglesias v. Guevara, et al. Defendant Guevara's Answers to Plaintiff First Set of Interrogatories, 09/28/2020 |
| 284 | Serrano, et al. v. Guevara, et al. Memorandum Opinion and Order, 06/04/2020 |
| 285 | Article "Chicago Awards $20.5M to 2 Allegedly Framed by Detective," 09/14/2021 |
| 286 | State of IL v. Sierra Order Granting Certificate of Innocence, 02/10/2022 |
| 287 | The National Registry of Exonerations – Richard Kwil |
| 288 | Supplement to Expert Report of Dr. Steblay |
| 289 | Iglesias v. Guevara, et al. Defendant City of Chicago's Motion to Bar Plaintiff's Expert Dr. Nancy Steblay, 02/02/2024 |
| 290 | Defendant Guevara's Response to Plaintiff's First Set of Interrogatories, 07/01/2022 |
| 291 | Iglesias v. Guevara, et al. Order, 11/29/2021 |
| 292 | Complaint Report# 270916 |
| 293 | Sierra v. Guevara, et al. Deposition of Guevara Vol. I, 08/20/2019 |
| 294 | State of IL v. Johnson State's Objection to Petitioner's Request for A Certificate of Innocent, 01/19/2021 |