IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> REYNALDO GUEVARA, the ESTATE of ERNEST HALVERSON, DARRYL DALEY, WILLIAM ERICKSON, JOHN HEALY, and the CITY OF CHICAGO <br><br> Defendants. | Case No. 20 cv 4156 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Heather K. McShain <br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, July 18, 2024,** at **1:45 p.m.,** we shall appear before the Honorable Judge Sara L. Ellis or any judge sitting in her stead, via telephone and shall present **Defendants' Opposed Motion to Extend Remaining Summary Judgment,** *Daubert***, and Motion to Strike Briefing Schedules**, a copy of which is hereby attached and served upon you.

Dated: July 15, 2024

Respectfully Submitted,

/s/ *Josh M. Engquist*
Josh M. Engquist, Atty. No. 6242849
Special Assistant Corporation Counsel
*One of the Attorneys for Defendants Daley, Halvorsen, Erickson, and Healy*

James G. Sotos
Josh M. Engquist
David A. Brueggen
Elizabeth R. Fleming
Daniel J. McGinnis
Special Assistant Corporation Counsel
The Sotos Law Firm, P.C.
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
(630) 735-3300
jengquist@jsotoslaw.com

/s/ *Theresa B. Carney*
Theresa B. Carney, Atty No. 6308586
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Lauren M. Ferrise
Jessica L. Zehner
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker Dr., 19th Floor
Chicago, IL 60606
(312) 494-1000
tcarney@rfclaw.com

*/s/ Timothy P. Scahill*
Timothy P. Scahill, Atty. No. 6287296
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Guevara*

Steven Blair Borkan
Timothy P Scahill
Whitney Hutchinson
Emily E. Schnidt
Christine E. Murray
Amanda Guetler
Krystal Gonzalez
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
tscahill@borkanscahill.com

**CERTIFICATE OF SERVICE**

      I, Josh M. Engquist, certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on **Monday, July 15, 2024,** I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

*Attorneys for Plaintiff:*

Jon Loevy
Anand Swaminathan
Joshua Tepfer
Rachel Brady
Steven Art
Sean Starr
Alyssa Martinez
Margaret Gould
Ruth Brown
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312-243-5900
jon@loevy.com
anand@loevy.com
josh@loevy.com
brady@loevy.com
steve@loevy.com
sean@loevy.com
alyssa@loevy.com
gould@loevy.com
ruth@loevy.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Austin G. Rahe
Catherine M. Barber
Theresa B. Carney
Lauren Ferrise
Rock Fusco & Connelly, LLC
333 W. Wacker Dr., 19th Floor
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com
arahe@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
lferrise@rfclaw.com

*Attorneys for Defendant Guevara:*

Steven Blair Borkan
Timothy P Scahill
Whitney Hutchinson
Emily E. Schnidt
Christine E. Murray
Amanda Guetler
Krystal Gonzalez
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
whutchinson@borkanscahill.com
eschnidt@borkanscahill.com
cmurray@borkanscahill.com
aguertler@borkanscahill.com
kgonzalez@borkanscahill.com

/s/ Josh M. Engquist
Josh M. Engquist

3