# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Demetrius Johnson
                Plaintiff,

v.                                                    Case No.: 1:20−cv−04156
                                                            Honorable Sara L. Ellis

Reynaldo Guevara, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 18, 2024:

        MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants' motion for extension of time [356]. Defendants' replies and motion to strike are due by 8/9/2024. The Court revise the briefing schedule on Defendants' motion to strike: Plaintiff's response is due by 8/23/2024 and Defendants' reply is due by 8/30/2024. This is the final extension. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.