IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS JOHNSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 20 cv 4156 |
| | ) |
| | ) Judge Sara L. Ellis |
| v. | ) |
| | ) Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, the ESTATE of | ) |
| ERNEST HALVERSON, DARRYL DALEY, | ) |
| WILLIAM ERICKSON, JOHN HEALY, and | ) |
| the CITY OF CHICAGO | ) |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

**DEFENDANTS HALVORSEN, DALEY, ERICKSON AND HEALY'S UNOPPOSED MOTION TO FILE OVERSIZED REPLY MEMORANDUM IN SUPPORT OF <u>SUMMARY JUDGMENT</u>**

Defendants Darryl Daley, Geri Lynn Yanow, as special representative for William Erickson (deceased), Ernest Halvorsen (deceased), and John Healy (deceased) ("Movants"), by their undersigned counsel, respectfully move for leave to file an oversized reply memorandum in support of their Motion for Summary Judgment, and state:

1. On April 12, 2024, Defendants Halvorsen, Daley, Erickson and Healy moved for summary judgment on all of Plaintiff's claims. (Dkt. 311.) Movants sought leave to file their respective memorandum of law in support of summary judgment in excess of fifteen (15) pages, (Dkt. 312), which the Court granted. (Dkt. 322.)

2. On June 11, 2024, Plaintiff filed a single, consolidated response in opposition to Defendants' motions for summary judgment totaling 168 pages, and a Statement of Additional Disputed Facts which includes 475 paragraphs and 66 sub-paragraphs, amounting to 541 paragraphs in total. (Dkt. 340.) Approximately 283 of the paragraphs are directed towards the

1

Individual Defendant Officers; the remaining 258 paragraphs (inclusive of sub-paragraphs) are directed towards the City. (Dkt. 340.)

3. Plaintiff dedicates approximately 126 pages of his 168-page consolidated response towards the Individual Officer Defendants (Dkt. 341) with the remainder directed in response to the City's arguments. *See generally*, *id.*

4. Movants recognize the Court's time is valuable and have tried to be efficient in delineating their arguments and have edited the argument sections of their reply memorandum in an attempt to remove unnecessary arguments. Notwithstanding that effort, given the number of parties, the claims and theories of liability alleged by Plaintiff, the complexity of the issues presented and Plaintiff's lengthy response brief, Movants' Memorandum exceeds the fifteen-page limit set by the local rules.

5. Accordingly, Movants request leave to file their Reply Memorandum of Law in Support of Summary Judgment in excess of the fifteen-page limitation, up to and including 90 pages for these four Movants. Attached hereto as Exhibit A is a copy of Movants' Reply Memorandum of Law in Support of Summary Judgment.

6. On August 9, 2024, Defense counsel reached out to Plaintiff's counsel via email regarding the substance of this Motion who does not oppose this motion.

**WHEREFORE,** Defendants Halvorsen, Daley, Erickson and Healy respectfully request this Court enter an order granting them leave to file an oversized Reply Memorandum of Law in Support of their Motion for Summary Judgment.

Dated: August 9, 2024                               Respectfully Submitted,

/s/ Josh M. Engquist
Josh M. Engquist, Atty. No. 6242849
Special Assistant Corporation Counsel
*One of the Attorneys for Defendants Daley, Halvorsen, Erickson, and Healy*

James G. Sotos
Josh M. Engquist
David A. Brueggen
Elizabeth R. Fleming
Daniel J. McGinnis
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
(630) 735-3300
jengquist@jsotoslaw.com

## **CERTIFICATE OF SERVICE**

       I, Josh M. Engquist, certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Friday, August 9, 2024, I electronically filed the foregoing **Defendants Halvorsen, Daley, Erickson and Healy's Unopposed Motion to File Oversized Reply Memorandum in Support of Summary Judgment** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List:

*Attorneys for Plaintiff:*

Jon Loevy
Anand Swaminathan
Joshua Tepfer
Rachel Brady
Steven Art
Sean Starr
Alyssa Martinez
Margaret Gould
Ruth Brown
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312-243-5900
jon@loevy.com
anand@loevy.com
josh@loevy.com
brady@loevy.com
steve@loevy.com
sean@loevy.com
alyssa@loevy.com
gould@loevy.com
ruth@loevy.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Austin G. Rahe
Catherine M. Barber
Theresa B. Carney
Lauren Ferrise
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Fl.
Chicago, Illinois 60606
312-494-1000
erosen@rfclaw.com

arahe@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
lferrise@rfclaw.com

*Attorneys for Defendant Guevara:*

Steven Blair Borkan
Timothy P Scahill
Whitney Hutchinson
Emily E. Schnidt
Christine E. Murray
Amanda Guetler
Krystal Gonzalez
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
whutchinson@borkanscahill.com
eschnidt@borkanscahill.com
cmurray@borkanscahill.com
aguertler@borkanscahill.com
kgonzalez@borkanscahill.com

/s/ Josh M. Engquist
Josh M. Engquist

4