**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DEMETRIUS JOHNSON | ) | |
| | ) | Case No. 20 CV 4156 |
| Plaintiff, | ) | |
| | ) | Judge Sara L. Ellis |
| v. | ) | |
| | ) | Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on, August 15, 2024 at 1:45 p.m., we shall appear before the Honorable Judge Sara L. Ellis or any judge sitting in her stead, in Courtroom 1403 at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall present **Defendant City of Chicago's Unopposed Motion for Leave to File Excess Pages** copies of which is hereby attached and served upon you.

DATE: August 9, 2024

Respectfully Submitted,

*/s/ Eileen E. Rosen*
Special Assistant Corporation Counsel for
Defendant City of Chicago

Eileen E. Rosen
Austin G. Rahe
Catherine M. Barber
Theresa B. Carney
Lauren M. Ferrise
ROCK FUSCO & CONNELLY, LLC
333 West Wacker Drive, 19th Fl.
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com