**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEMETRIUS JOHNSON, ) | |
| ) | Case No. 20 cv 4156 |
| Plaintiff, ) | |
| ) | Judge Sara L. Ellis |
| *v.* ) | |
| ) | Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, the ESTATE of ) | |
| ERNEST HALVERSON, DARRYL DALEY, ) | |
| WILLIAM ERICKSON, JOHN HEALY, and ) | |
| the CITY OF CHICAGO ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION TO RESET THE TRIAL DATE

Defendants, Halvorsen, Daley, Erickson and Healy by their attorneys, The Sotos Law Firm, P.C., and Guevara, by his attorneys, Borkan & Scahill, respectfully request this Court to rest the trial date set this morning:

1.      Prior to setting this matter for November 3, 2025 trial date (setting aside 3 weeks), the Court did ask the parties if that date would work. Unfortunately, Defendants' counsel missed the November 3, 2025 trial dates in *Almodovar*, 18 cv 2341 and *Negron*, 18 cv 2701 before Judge Cummings and apologize to this Court for missing this during the hearing this morning.

2.      All Defendants would be available for trial as early as January 2026.

3.      Defense counsel emailed Plaintiff's lead counsel immediately once this error was realized and asked their position. They advised "Plaintiff's counsel have conferred on our end, and we think the Johnson trial date should remain in place. The Negron trial can be covered by other attorneys."

WHEREFORE, Movants respectfully request this Court reset the trial date in this matter.

Dated: November 26, 2024

Respectfully Submitted,

/s/ Josh M. Engquist
Josh M. Engquist, Atty. No. 6242849
*One of the Attorneys for Defendants*
*Halvorsen, Daley, Erickson and Healy*

Josh M. Engquist
James G. Sotos
Josh M. Engquist
David A. Brueggen
Elizabeth R. Fleming
Daniel McGinnis
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson, Suite 1240A
Chicago, IL 60604
(630) 735-3300
jengquist@jsotoslaw.com

/s/ Timonthy P. Scahill
Timothy P. Scahill, Atty. No. 6287296
*One of the Attorneys for Defendant Guevara*

Timothy P. Scahil
BORKAN & SCAHILL, LTD.
20 S. Clark St., Suite 1700
Chicago, IL 60603
(312) 580-1030
tscahill@borkanscahill.com

## <u>CERTIFICATE OF SERVICE</u>

I, Josh M. Engquist, certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on **Tuesday, November 26, 2024,** I electronically filed the foregoing **Defendants' Motion to Reset the Trial Date** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

*Attorneys for Plaintiff:*

Jon Loevy
Anand Swaminathan
Joshua Tepfer
Rachel Brady
Steven Art
Sean Starr
Alyssa Martinez
Margaret Gould
Ruth Brown
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312-243-5900
jon@loevy.com
anand@loevy.com
josh@loevy.com
brady@loevy.com
steve@loevy.com
sean@loevy.com
alyssa@loevy.com
gould@loevy.com
ruth@loevy.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Austin G. Rahe
Catherine M. Barber
Theresa B. Carney
Lauren Ferrise
Rock Fusco & Connelly, LLC
321 N. Clark, Suite 2200
Chicago, Illinois 60654
312-494-1000
erosen@rfclaw.com
arahe@rfclaw.com

cbarber@rfclaw.com
tcarney@rfclaw.com
lferrise@rfclaw.com

*Attorneys for Defendant Guevara:*

Steven Blair Borkan
Timothy P Scahill
Whitney Hutchinson
Emily E. Schnidt
Christine E. Murray
Amanda Guetler
Krystal Gonzalez
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
whutchinson@borkanscahill.com
eschnidt@borkanscahill.com
cmurray@borkanscahill.com
aguertler@borkanscahill.com
kgonzalez@borkanscahill.com

/s/ Josh M. Engquist
Josh M. Engquist

3