**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEMETRIUS JOHNSON, ) | |
| ) | Case No. 20-cv-4156 |
| *Plaintiff*, ) | |
| ) | Judge Sara L. Ellis |
| *v.* ) | |
| ) | Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, the ESTATE of ) | |
| ERNEST HALVERSON, DARRYL DALEY, ) | |
| WILLIAM ERICKSON, JOHN HEALY, and ) | |
| the CITY OF CHICAGO ) | |
| ) | **JURY TRIAL DEMANDED** |
| *Defendants*. ) | |

**MOTION FOR LEAVE TO WITHDRAW**

NOW COMES Plaintiff, DEMETRIUS JOHNSON, by and through his undersigned attorneys, and pursuant to Local Rule 83.17 seeks leave of this Court to withdraw attorney Wallace Hilke as counsel for Plaintiff. In support thereof, Plaintiff states as follows:

1. Mr. Hilke's employment with Loevy & Loevy, the firm representing Plaintiff, DEMETRIUS JOHNSON, has concluded.

2. Plaintiff continues to be represented by the following attorneys from Loevy & Loevy: Jon Loevy, Anand Swaminathan, Steve Art, Sean Star, Margaret Gould, and Alyssa Martinez.

3. Due to the continuity of the attorneys from Loevy & Loevy representing Plaintiff, no party will be prejudiced if Mr. Hilke is permitted to withdraw his appearance.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting Wallace Hilke to withdraw his appearance as counsel in this matter.

.

1

RESPECTFULLY SUBMITTED,

/s/ Jon Loevy
*Counsel for Plaintiff*

Jon Loevy
Anand Swaminathan
Steven Art
Sean Starr
Alyssa Martinez
Meg Gould
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900