# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS JOHNSON, | ) |
| | ) |
| | ) Case No. 20-cv-4156 |
| *Plaintiff*, | ) |
| | ) Judge Sara L. Ellis |
| v. | ) |
| | ) Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, et. al., | ) |
| | ) |
| *Defendants*. | ) **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

TO: **All Counsel of Record**

PLEASE TAKE NOTICE that on May 21, 2025 at 9:45 a.m., the parties shall appear before Judge Ellis in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, via telephone and shall present Plaintiff's Opposed Motion to Limit Pretrial Motions.

Respectfully submitted,

s/ Steve Art
*Counsel for Plaintiff*

Jon Loevy
Steve Art
Anand Swaminathan
Rachel Brady
Sean Starr
Alyssa Martinez
Meg Gould
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com