| | |
|---|---|
| **From:** | Theresa B. Carney |
| **To:** | anand@loevy.com; Josh M. Engquist |
| **Cc:** | steve@loevy.com; Eileen E. Rosen; David A. Brueggen; Elizabeth R. Fleming; Austin Rahe; Ixsel Zavala; Kara Hutson; Katelyn Salek; tscahill@borkanscahill.com; Rachel Brady; sean@loevy.com |
| **Subject:** | Re: D. Johnson - Motions in Limine |
| **Date:** | Wednesday, May 14, 2025 10:04:06 PM |
| **Attachments:** | Defendants MIL List (Johnson)(FINAL).pdf |

**CAUTION:** External Sender. Please do not click on links or open attachments from senders you do not trust.

Steve/Anand – Attached is the list of the Defendants' Motions in *Limine*.

We will circulate a call in number for us to talk tomorrow (May 15) at 2:00.

Thank you,
Theresa

---

**From:** Anand Swaminathan <anand@loevy.com>
**Date:** Wednesday, May 14, 2025 at 8:24 PM
**To:** Josh M. Engquist <JEngquist@jsotoslaw.com>
**Cc:** steve@loevy.com <steve@loevy.com>, Eileen E. Rosen <ERosen@rfclaw.com>, Theresa B. Carney <tcarney@rfclaw.com>, David A. Brueggen <DBrueggen@jsotoslaw.com>, Elizabeth R. Fleming <efleming@jsotoslaw.com>, Austin Rahe <arahe@rfclaw.com>, Ixsel Zavala <zavala@loevy.com>, Izeta Causevic <icausevic@rfclaw.com>, Kara Hutson <khutson@rfclaw.com>, Katelyn Salek <ksalek@jsotoslaw.com>, tscahill@borkanscahill.com <tscahill@borkanscahill.com>, Rachel Brady <rachel@loevy.com>, sean@loevy.com <sean@loevy.com>
**Subject:** Re: D. Johnson - Motions in Limine

Yes, we are. We anticipate sending you list within next hour. Thanks.

On Wed, May 14, 2025 at 8:23 PM Josh M. Engquist <JEngquist@jsotoslaw.com> wrote:

> **CONFIDENTIALITY NOTICE:** This email is intended only for the recipient and may contain confidential information. If you are not the intended recipient, please delete this message.
> **[The Sotos Law, P.C.]**
>
> Steve-
>
> Are you planning on exchanging lists of MILs and meeting tomorrow at 2 to discuss? We have not heard back from you.

Get Outlook for iOS

**From:** Josh M. Engquist <JEngquist@jsotoslaw.com>
**Sent:** Wednesday, May 14, 2025 8:07 AM
**To:** steve@loevy.com <steve@loevy.com>
**Cc:** anand@loevy.com <anand@loevy.com>; Eileen E. Rosen <erosen@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; Elizabeth R. Fleming <efleming@jsotoslaw.com>; Austin Rahe <arahe@rfclaw.com>; Ixsel Zavala <zavala@loevy.com>; Izeta Causevic <icausevic@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Katelyn Salek <ksalek@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; Rachel Brady <rachel@loevy.com>; sean@loevy.com <sean@loevy.com>
**Subject:** Re: D. Johnson - Motions in Limine

Steve-

Sorry, currently out of state, but yes we can exchange lists of motions today and confer tomorrow at 2.

Get Outlook for iOS

**From:** Steve Art <Steve@loevy.com>
**Sent:** Monday, May 12, 2025 7:05:49 PM
**To:** Josh M. Engquist <JEngquist@jsotoslaw.com>
**Cc:** anand@loevy.com <anand@loevy.com>; Eileen E. Rosen <erosen@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; Elizabeth R. Fleming <efleming@jsotoslaw.com>; Austin Rahe <arahe@rfclaw.com>; Hershey Suri <suri@loevy.com>; Ixsel Zavala <zavala@loevy.com>; Izeta Causevic <icausevic@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Katelyn Salek <ksalek@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; Rachel Brady <rachel@loevy.com>; sean@loevy.com <sean@loevy.com>
**Subject:** Re: D. Johnson - Motions in Limine

Keep us posted.

Steve

**Steve Art** (He/Him)



Office: (312) 243-5900 / Direct: (312) 789-4965

On Mon, May 12, 2025 at 5:23 PM Josh M. Engquist <JEngquist@jsotoslaw.com> wrote:

I think that timing should work, but I am trying to get confirmation from all the defendants.

Sincerely,

Josh Engquist

**The Sotos Law Firm, P.C.**

141 W. Jackson Blvd. #1240A

Chicago, IL 60604

(630)735-3303(Direct)

(630) 773-0980 (Fax)

*This e-mail, including attachments, is covered by the* **Electronic Communications Privacy Act***, 18 U.S.C. 2510-2521.  It contains information that is confidential and it may be protected by the attorney/client or other privileges.  This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients.  If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*

**From:** Steve Art <Steve@loevy.com>
**Sent:** Monday, May 12, 2025 4:09 PM
**To:** Josh M. Engquist <JEngquist@jsotoslaw.com>
**Cc:** anand@loevy.com; Eileen E. Rosen <erosen@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; Elizabeth R. Fleming <efleming@jsotoslaw.com>; Austin Rahe <arahe@rfclaw.com>; Hershey Suri <suri@loevy.com>; Ixsel Zavala <zavala@loevy.com>; Izeta Causevic <icausevic@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Katelyn Salek <ksalek@jsotoslaw.com>; tscahill@borkanscahill.com; Rachel Brady <rachel@loevy.com>; sean@loevy.com
**Subject:** Re: D. Johnson - Motions in Limine

How about lists exchanged Wednesday and conference Thursday? I imagine where there's room for agreement we'll be able to reach agreement pretty quickly and we'll be

able to predict the ones that are opposed.

Steve

**Steve Art** (He/Him)

Office: (312) 243-5900 / Direct: (312) 789-4965

On Mon, May 12, 2025 at 4:07 PM Josh M. Engquist <JEngquist@jsotoslaw.com> wrote:

> The way I understand he order is all motions in limine.
>
> Sincerely,
>
> Josh Engquist
>
> **The Sotos Law Firm, P.C.**
>
> 141 W. Jackson Blvd. #1240A
>
> Chicago, IL 60604
>
> (630)735-3303(Direct)
>
> (630) 773-0980 (Fax)
>
> *This e-mail, including attachments, is covered by the* **Electronic Communications Privacy Act***, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*
>
> **From:** Steve Art <Steve@loevy.com>
> **Sent:** Monday, May 12, 2025 4:00 PM
> **To:** Josh M. Engquist <JEngquist@jsotoslaw.com>
> **Cc:** anand@loevy.com; Eileen E. Rosen <erosen@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; Elizabeth R. Fleming <efleming@jsotoslaw.com>; Austin Rahe <arahe@rfclaw.com>; Hershey Suri

<suri@loevy.com>; Ixsel Zavala <zavala@loevy.com>; Izeta Causevic <icausevic@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Katelyn Salek <ksalek@jsotoslaw.com>; tscahill@borkanscahill.com; Rachel Brady <rachel@loevy.com>; sean@loevy.com
**Subject:** Re: D. Johnson - Motions in Limine

Hi Josh,

Are we supposed to discuss all anticipated motions or just those we think we might reach agreement on? Let us know your thoughts. Thanks,

Steve

---

**Steve Art** (He/Him)

Office: (312) 243-5900 / Direct: (312) 789-4965

On Mon, May 12, 2025 at 2:15 PM Josh M. Engquist <JEngquist@jsotoslaw.com> wrote:

> Counsel:
>
> As you are aware, motions in limine are due to the court this Friday.
>
> When would you like to exchange lists of potential motions in limine and schedule a time to discuss (pursuant to her standing order)?
>
> Sincerely,
>
> Josh Engquist
>
> The Sotos Law Firm, P.C.

141 W. Jackson Blvd. #1240A

Chicago, IL 60604

(630)735-3303(Direct)

(630) 773-0980 (Fax)

*This e-mail, including attachments, is covered by the* **Electronic Communications Privacy Act**, *18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*