# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS JOHNSON, ) | |
| ) | |
| ) | Case No. 20 cv 4156 |
| Plaintiff, ) | |
| ) | |
| ) | Judge Sara L. Ellis |
| v. ) | |
| ) | |
| ) | Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, the ESTATE of ) | |
| ERNEST HALVERSON, DARRYL DALEY, ) | |
| WILLIAM ERICKSON, JOHN HEALY, and ) | |
| the CITY OF CHICAGO ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## EXHIBIT LIST
## DEFENDANTS' MOTIONS IN LIMINE

| EX NO. | NAME |
|---|---|
| 1 | Transcript of Oral Argument from Patrick in 7th Circuit |
| 2 | *Walker v. White* Transcript re: Final Pretrial Order |
| 3 | Guevara Deposition |
| 4 | Plaintiff's Sixth Supplemental 26(a) Disclosures |
| 5 | Plaintiff's Answers to Guevara Interrogatories |
| 6 | Plaintiff's 404(b) disclosures |
| 7 | Plaintiff's Answers to Daley's Interrogatories |
| 8 | Jennifer Dysart Expert Report |
| 9 | Nancy Steblay Expert Report |
| 10 | Jennifer Dysart Deposition |
| 11 | Plaintiff's Answers to Erickson's Interrogatories |
| 12 | Plaintiff's Supplemental Answers to Daley's Interrogatories |
| 13 | Plaintiff's Deposition |
| 14 | 6/13/92 Supp. Report |
| 15 | Ortiz Trial Testimony |
| 16 | Terrell Agee Deposition |
| 17 | Darell Johnson Deposition |
| 18 | Guevara Trial Testimony |
| 19 | 6/12/91 General Offense Case Report |
| 20 | 6/12/91 Supp. Report |
| 21 | Aby Gonzalez Deposition |
| 22 | 6/13/91 Erickson Lineup Report |
| 23 | 6/12/91 Guevara Lineup Report |

| 24 | Arrest Photo Darell Johnson, Impound Evidence |
|----|----------------------------------------------|
| 25 | Elba Burgos Trial Testimony |
| 26 | 7/16/91 Supp. Report |
| 27 | Darryl Daley Deposition |
| 28 | Darryl Daley Trial Testimony |
| 29 | Photo of Plaintiff and two others, Impound Evidence |
| 30 | Magdalia Reyes Trial Testimony |
| 31 | *Rivera v. Guevara*, No. 12-CV-04428, 2018 WL 11468607 (N.D. Ill. May 30, 2018) |
| 32 | *Kuri v. City of Chicago*, No. 13-C-1653 (N.D. Ill. September 17, 2018) |
| 33 | Expert Report of Gang Expert Ralph Rider |
| 34 | Expert Report of Thomas Tiderington |
| 35 | Aby Gonzlez Text Messages |
| 36 | 4/20/18 Halvorsen Deposition in *Serrano/Montanez* case |
| 37 | 2/6/19 Halvorsen Deposition in *Serrano/Montanez* case |
| 38 | Andrea Lyon Expert Report |
| 39 | Andrea Lyon Deposition in *Rodriguez v. Guevara* case |
| 40 | Tiderington Deposition |
| 41 | Rosa Burgos Trial Testimony |