# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| DEMETRIUS JOHNSON, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 20-cv-4156 |
| | ) | |
| *v.* | ) | Judge Sara L. Ellis |
| | ) | |
| REYNALDO GUEVARA, et. al., | ) | Magistrate Judge Heather K. McShain |
| | ) | |
| *Defendants.* | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| | ) | |

## <u>NOTICE OF MOTION</u>

TO:   **All Counsel of Record**

PLEASE TAKE NOTICE that on July 15, 2025 at 9:45 a.m., the parties shall appear before Judge Ellis in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, via telephone and shall present Plaintiff's Opposed Motion to Limit Pretrial Motions.

Respectfully submitted,

s/ Steve Art
*Counsel for Plaintiff*

Jon Loevy
Steve Art
Anand Swaminathan
Rachel Brady
Sean Starr
Alyssa Martinez
Meg Gould
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com