IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Demetrius Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>Reynaldo Guevara et al.,<br><br>    Defendants. | No. 20 C 4156<br><br>Hon. Sara Ellis,<br>District Judge |

### Parties' Joint Status Report

Pursuant to the Court's order (Dkt. 444), the parties, by their undersigned attorneys, submit the following Joint Status Report:

The parties have agreed on settlement, and they have finalized the written settlement agreement. The City's attorneys cannot guarantee that a certain case will be presented to the City Council by a certain month, as that decision is made by City Council. The parties do not yet know when this case will go before the City Council Committee on Finance. The City's counsel has indicated to Plaintiff that it is attempting to get multiple cases, including this one, on the February agenda, but will not know until next month.

Dated: January 9, 2026

/s/ Steve Art
*One of Plaintiff's Attorneys*

Steven E. Art
Anand Swaminathan
Sean Starr
Loevy & Loevy
311 N. Aberdeen, 3rd Floor

Respectfully submitted,

*/s/ Eileen E. Rosen*
*Special Assistant Corporation Counsel for the City of Chicago*

Eileen E. Rosen
Theresa Carney
Rock Fusco & Connelly LLC
333 West Wacker Drive, 19th Floor

Chicago, IL 60607  
(312)243-5900  
steve@loevy.com

s/ Josh M. Engquist  
*Special Assistant Corporation Counsel for Individual Chicago Police Defendants Ruiz, Pergande, Mingey, and Biebel*

James G. Sotos  
Josh M. Engquist  
Joseph M. Polick  
Sotos Law Firm  
141 W. Jackson Blvd., Suite 1240A  
Chicago, Illinois 60604

Chicago, IL 60606  
312-494-1000  
erosen@rfclaw.com

/s/ Timothy P. Scahill  
*Special Assistant Corporation Counsel for Defendant Guevara*

Timothy P. Scahill  
Borkan & Scahill Ltd.,  
20 S. Clark St. Suite 1700  
Chicago, IL 60603  
(312) 580-1030