# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Demetrius Johnson
                                  Plaintiff,

v.                                                        Case No.: 1:20−cv−04156
                                                                Honorable Sara L. Ellis

Reynaldo Guevara, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to the parties' status report [446], the Court strikes the status date set for 1/15/2026 and resets it to 3/31/2026 at 9:30 AM. The parties should file a status report on the status of the settlement approval by 3/24/2026. Emailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.