**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEMETRIUS JOHNSON,<br><br>*Plaintiff*,<br>v.<br><br>REYNALDO GUEVARA, JOANN HALVORSEN as PERSONAL REPRESENTATIVE to the ESTATE of ERNEST HALVORSEN, DARRYL DALEY, WILLIAM ERICKSON, JOHN HEALY, and the CITY OF CHICAGO.<br><br>*Defendants*. | ) | Case No: 20-cv-04156<br><br>Honorable Sara L. Ellis |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

DATED: March 4, 2026

*/s/ Steven Art*
Jon Loevy
Steven Art
Loevy & Loevy
300 N. Aberdeen St.
Chicago, Illinois 60607
(312) 243-5900

Respectfully submitted,

CITY OF CHICAGO a Municipal Corporation
Mary B. Richardson-Lowry
Corporation Counsel
Attorney for defendant City of Chicago

*/s/ Jessica Felker*
Jessica Felker
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6284817

*/s/ Theresa Carney*
Eileen E. Rosen
Theresa B. Carney
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
Attorney No. 6217428
Attorney No. 6308586

*/s/ Josh M. Engquist*
Josh M. Engquist
Special Assistant Corporation Counsel
Attorney for Geri Lynn Yanow as Special Representative for Ernest Halvorsen, deceased, and William Erickson, deceased
The Sotos Law Firm, P.C.
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
(630) 735-3300
Attorney No. 6242849

*/s/ Timothy P. Scahill*
Timothy P. Scahill
Special Assistant Corporation Counsel
Attorney for Reynaldo Guevara
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
Attorney No. 6287296